IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ANNIE CAST, et al.,

      Plaintiffs,

vs.                               Case No. 04-2783-P

WERNER ENTERPRISES, et al.,

      Defendants.

## ORDER SETTING TRIAL

The parties have consented to proceed before the magistrate judge. Therefore, the court has set the following dates:

1. The final pre-trial order shall be filed, with a courtesy copy delivered to chambers, by _May 1, 2006_, by 5:00 p.m.

2. The pre-trial conference is set for _Tuesday, May 9, 2006_ at 9:30 a.m.

3. ~~Non~~-Jury trial is set for _Tuesday, May 16, 2006_, at 9:30 a.m.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

_August 25, 2005_
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-26-05_



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02783 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Lewis K. Garrison
GARRISON LAW FIRM
251 Adams
Memphis, TN 38103

Chris Turner
GENERAL SESSIONS COURT
Courthouse
140 Adams Avenue
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT