IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ᴘ͜ᴊ D.C.
05 NOV -9 PM 4: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ANNIE CAST and WILLIAM CAST, )
)
Plaintiffs, )
)
vs. )   Civ. No. <u>04-2783-P</u>
)
WERNER ENTERPRISES and )
WILLIE CROSBY, )
)
Defendants. )
)

### ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR ALTERNATIVE DISPUTE RESOLUTION

Before the court is plaintiffs' Motion for Alternative Dispute Resolution, filed on October 7, 2005 (Dkt. #27). By letter dated November 7, defendant informed the court that the parties have agreed upon a mediator for December 19, 2005. On that basis, the motion is DENIED as MOOT.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

November 9, 2005
Date

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on <u>11-10-05</u>





# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02783 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

Lewis K. Garrison
GARRISON LAW FIRM
251 Adams
Memphis, TN 38103

Chris Turner
GENERAL SESSIONS COURT
Courthouse
140 Adams Avenue
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT